[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-10826
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 15, 2010
JOHN LEY
CLERK

D.C. Docket No. 1:08-cr-00276-CB-C-5

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

HAYES JONES, JR.,
a.k.a. Pete,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(November 15, 2010)

Before HULL, MARTIN and ANDERSON, Circuit Judges.

PER CURIAM:

Elsie Mae Miller, appointed counsel for Hayes Jones, Jr., filed a motion to

withdraw on appeal supported by a brief prepared pursuant to *Anders v.*
*California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent
review of the entire record reveals that counsel's assessment of the relative merit
of the appeal is correct. Because independent examination of the entire record
reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**,
and Jones's conviction and sentence are **AFFIRMED**.